**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA BERNARDI, | CASE NO. 5:CV 11-04212-EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JPMORGAN CHASE BANK,N.A. ET.AL, | [Re: Docket Item No. 21] |
| Defendant(s). / | |

The parties Case Management Conference set before the Honorable Edward J. Davila on December 9, 2011 at 10:00 AM is hereby continued until January 27, 2012 at 10:00 AM.  On or before January 20, 2012, the parties shall file an updated joint Case Management Conference Statement.

**IT IS SO ORDERED.**

Dated:  December 5, 2011

EDWARD J. DAVILA
United States District Judge