**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq., SBN 136857
Deborah P. Gutierrez, Esq., SBN 240383
Penelope P. Bergman, Esq., SBN 220452
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
T: (310) 893-6200  F: (310) 988-2930
Email: Deborah@prosperlaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERNARDI, an individual,<br><br>Plaintiff,<br>vs.<br><br>JPMORGAN CHASE BANK, N.A. F/K/A WASHINGTON MUTUAL BANK, F.A; BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR WAMU 2005-AR19; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER:<br>**5:11-cv-04212-EJD**<br><br><br><br><br><br>**ORDER RE: REQUEST TO APPEAR TELEPHONICALLY** |

The Court, having considered the Plaintiffs Request to Appear Telephonically at the Case Management Conference filed in conjunction with this order, **ORDERS THAT:**

☒ The Plaintiffs Request to Appear Telephonically at the Case Management Conference on April 20, 2012 at 10:00 AM is **GRANTED**.

Counsel shall arrange for a telephonic appearance through CourtCall

Dated:   April 17, 2012

_____
United States District Judge

## PROOF OF SERVICE

### <u>Donna Bernardi v. JPMorgan Chase Bank, N.A.Etc., et al.</u>
### <u>United States District Court- Northern District Case No. CV11-04212-EJD</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Prosper Law Group, LLP, 6100 Center Drive Suite 1050 Los Angeles, CA 90045. On April 13, 2012 I served the following document(s) by the method indicated below:

### ORDER RE: PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

[X]   BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California website.

[ ]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]   by placing the documents(s) listed above in sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

### See Attached Service List.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 13, 2012, at Los Angeles, California.

Brittany Auchard

1

## Service List

2

## Donna Bernardi v. JPMorgan Chase Bank, N.A. Etc., et al.
## United States District Court- Northern District Case No. CV11-04212-EJD

3

4

Attorney for Defendant JPMorgan Chase Bank, N.A. FKA Washington Mutual

5

Bank, F.A. and
Bank of America N.A. As Successor by Merger to LaSalle Bank N.A. As Trustee

6

for Wamu 2005-AR19

7

S. CHRISTOPHER YOO

8

JACOB M. CLARK
ALVARADOSMITH

9

A Professional Corporation
1 MacArthur Place, Suite 200

10

Santa Ana, CA 92707

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service